AO 93 (Rev. 5/85) Search Warrant

# United States District Court

__Northern__ DISTRICT OF __Ohio, Eastern Division__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

One U. S. Postal Service Priority Mail parcel bearing delivery confirmation no. 420 44105 9405 9036 9930 0061 7139 84 addressed to Thomas Toler, 3523 E 80th, Cleveland, OH 44105-1521 with a return address of Don Taylor, 5404 W Laurie Ln, Glendale AZ 85302-6115

## SEARCH WARRANT

CASE NUMBER: 1:12 MJ 4071

TO: __Bryon J. Green, Postal Inspector__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Bryon J. Green__ (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

One U. S. Postal Service Priority Mail parcel bearing delivery confirmation no. 420 44105 9405 9036 9930 0061 7139 84 addressed to Thomas Toler, 3523 E 80th, Cleveland, OH 44105-1521 with a return address of Don Taylor, 5404 W Laurie Ln, Glendale AZ 85302-6115

In the __Northern__ District of __Ohio, Eastern Division__ there is now concealed a certain person or property, namely (describe the person or property)

A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premise above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __5 April 2012__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Nancy A. Vecchiarelli__ as required by law.
U.S. Judge or Magistrate

March 27, 2012   11:14 am   at   Cleveland, Ohio
Date and Time Issued                City and State

Nancy A. Vecchiarelli, U. S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

AO 93  (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 1:12 MJ4071 | Date and time warrant executed: <br> 3/27/2012 11:45 am | Copy of warrant and inventory left with: |
| Inventory made in the presence of : <br> B. Green & M. Cernelich, U.S. Postal Inspection Service | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> One U. S. Postal Service Priority Mail parcel bearing delivery confirmation no. 420 44105 9405 9036 9930 0061 7139 84 addressed to Thomas Toler, 3523 E 80th, Cleveland, OH 44105-1521 with a return address of Don Taylor, 5404 W Laurie Ln, Glendale AZ 85302-6115 and the following related contents: <br><br> Approximately 13 pounds of suspect marijuana wrapped in cellophane. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-17-12

Executing officer's signature

Bryon Green - U.S. Postal Inspector

*Printed name and title*